JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 26 1980

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 411

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH NEAR CLARKSBURG, WEST VIRGINIA ON FEBRUARY 12, 1979

ORDER DENYING TRANSFER

    This matter is before the Panel pursuant to a motion under 28 U.S.C. §1407 by the defendant in the two constituent actions listed on the attached Schedule A for transfer of the California action to the District of the District of Columbia for coordinated or consolidated pretrial proceedings with the action pending there.  On the basis of the papers submitted and the hearing held, the Panel finds that movants have failed to demonstrate at the present time that centralization of the California action and the District of Columbia action in a single district under Section 1407 would serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

    IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED, without prejudice to the right of any party to move for transfer under Section 1407 at a later date if, in the event more actions are filed, any party believes that future circumstances warrant transfer.

FOR THE PANEL:

Andrew A. Caffrey
Acting Chairman

DOCKET NO. 411 -- IN RE AIR CRASH NEAR CLARKSBURG, WEST VIRGINIA ON FEBRUARY 12, 1979

SCHEDULE A

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel W. Cronin v. U.S. Air Inc., et al. | Civil Action No. 79-03553-MRP |

DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Harvey Epstein v. Allegheny Airlines, et al. | Civil Action No. 79-3144 |